**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TERRANCE K. TREVERTON,**

    **Plaintiff,**

**-vs-**                                                              **Case No. 6:04-cv-943-Orl-DAB**

**CROWN TREE TECH, INC., LINDA HACKNEY, CLAY HACKNEY,**

    **Defendants.**

_____

## ORDER OF DISMISSAL

The parties filed a Joint Stipulation for Dismissal with Prejudice on October 25, 2005. Doc. No. 43. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** with prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot, and the case will be removed from the trial calendar. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2005.

                                                     *David A. Baker*
                                                 DAVID A. BAKER
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record